372 A.2d 441
Swotes v. Frumer, Appellant.

Argued December 7, 1976. Michael A. Etkin, for appellant; Alan J. Swotes, for appellee.

Order and judgment affirmed.

372 A.2d 441
Trust, et al., Appellants, v. Spalding, et al.

Argued December 6, 1976. Charles H. Greenberg, with him Stephen P. Barson, for appellants; Joseph S. Moloznik, with him William W. Spalding, for appellees.

Order affirmed.